```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :    ORDER
                                    :
        -v.-                        :    24 Cr. 322 (VM)
                                    :
WEIDONG GUAN, a/k/a "Bill Guan,"    :
                                    :
            Defendant.              :
                                    :
------------------------------------X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Emily Deininger, Rebecca T. Dell, and Jane Kim, dated June 13, 2024;

WHEREAS on or about May 19, 2023, the Government sought and obtained from the Honorable P. Kevin Castel an order authorizing the United States Department of the Treasury ("DOT") to disclose tax refund and payment information purportedly associated with the scheme charged in Counts One through Three of the Indictment (the "Tax Order"). On or about June 8, 2023, the Government received a production of documents from DOT in response to the Tax Order (the "Tax Documents");

WHEREAS trial in the above-captioned matter has not yet been scheduled;

IT IS HEREBY ORDERED that, giving due consideration to congressional policy favoring the confidentiality of returns and

return information as set forth in Title 26, United States Code, the Tax Documents are required to be produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure; and

IT IS HEREBY FURTHER ORDERED that the Tax Documents are probative of a matter in issue relevant in establishing the guilt of the defendant, *i.e.*, at any scheduled trial in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
       June 14, 2024

_____
Victor Marrero
U.S.D.J.