UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      v.<br><br>WEIDONG GUAN,<br>    a/k/a "Bill Guan,"<br><br>               Defendant. | Case No. 1:24-cr-00322-VM<br><br>NOTICE OF APPEARANCE |

       PLEASE TAKE NOTICE that Marcelo A. Triana of the law firm Petrillo Klein & Boxer LLP hereby enters an appearance as counsel of record for Defendant Weidong Guan.

Dated: New York, New York
       July 11, 2024

                                        PETRILLO KLEIN & BOXER LLP

                                 By:   */s/ Marcelo A. Triana*
                                           Marcelo A. Triana
                                           655 Third avenue, 22nd Floor
                                           New York, NY 10017
                                           Tel: 646-560-5986
                                           mtriana@pkbllp.com

                                           *Counsel for Weidong Guan*