AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| United States | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cr-322(2)-VM |
| Le Van Hung | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Le Van Hung also known as Hung Van Le also known as Van Hung Le .

Date: 03/18/2025

/s/ Jeremy Shockett
*Attorney's signature*

Jeremy Shockett  2695724
*Printed name and bar number*
Anderson Kill P.C.
7 Times Square
New York, NY 10036

*Address*

jshockett@andersonkill.com
*E-mail address*

(212) 278-1030
*Telephone number*

(212) 278-1733
*FAX number*