UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

          Docket: 24-cr-322(VM)

     -against-

          **Notice of Motion to Dismiss**

LE VAN HUNG,

        Defendant.
-----------------------------------------------------------X

PLEASE TAKE NOTICE that upon the forthcoming Affirmation of Timothy Parlatore, Esq., the forthcoming Memorandum of Law, and all prior pleadings and proceedings in this action, Defendant LE VAN HUNG, will move this Court, before the Honorable Vernon S. Broderick, at a date and time to be determined by the Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, for an Order:

1.  Dismissing the Superseding Indictment with prejudice on the grounds that this prosecution is selective and vindictive, initiated for improper political purposes in violation of the Defendants rights to equal protection and due process under the Fifth Amendment to the United States Constitution;

2.  In the alternative, compelling the Government to produce discovery related to the selective prosecution claim, including but not limited to documents concerning the predicate for the investigation and the decision to prosecute the Defendant and the multinational media company for which he worked;

3.  In the further alternative, scheduling an evidentiary hearing to determine the merits of the Defendants claim of selective and vindictive prosecution; and

4.  Granting such other and further relief as the Court may deem just and proper.

Dated: October 8, 2025

          Respectfully submitted,

          Timothy Parlatore, Esq
          Parlatore Law Group, LLP.
          *Attorneys for Defendant Le Van Hung*
          260 Madison Ave., 17th Floor
          New York, New York 10016