USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

         - against -

WEIDONG GUAN, et al.,

         Defendants.

**24 CR 322 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On October 8, 2025, counsel for defendants Weidong Guan and Le Van Hung ("Defendants") submitted motions for a bill of particulars. (See Dkt. No. 86, 89.) On November 11, 2025, the Government filed a memorandum of law in opposition to Defendants' motions, indicating that it voluntarily disclosed additional information to Defendants. (See Dkt. No. 104, Ex. F.) On November 24, 2025, the Government filed a separate letter, indicating that it would be producing further documents. (See Dkt. No. 107.) In light of these filings, Defendants are hereby ordered to submit a letter to the Court – not to exceed three (3) pages – within one week from the date of this order, explaining which issues, if any, raised in the motions for a bill of particulars remain in contention.

**SO ORDERED.**

Dated:     3 December 2025
            New York, New York

Victor Marrero
U.S.D.J.

1