USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/12/26___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

WEIDONG GUAN
a/k/a "Bill Guan,"

Defendant.

No. 24-cr-322 (VM)

**ORDER GRANTING ADMISSION**
*PRO HAC VICE*

The motion of Ann M. St. Peter-Griffith for admission to practice *pro hac vice* in the above-captioned case is granted.

Applicant has declared that she is a member in good standing of the bars of the State of Florida and the State of Maine, and her contact information is as follows:

> Ann M. St. Peter-Griffith
> Kasowitz LLP
> 201 S. Biscayne Blvd.
> Suite 2550
> Miami, FL  33131
> (T):  786-587-1054
> astpetergriffith@kasowitz.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Weidong Guan in the above-captioned case;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 12, 2026
      New York, New York

_____
Judge Victor Marrero
United States District Judge