USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      - against -<br><br>WEIDONG GUAN and LE VAN HUNG<br><br>        Defendants. | **24 Cr. 322 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the motion to compel filed by Defendant Weidong Guan. (Dkt. No. 164.) The Government is hereby directed to respond to the motion by or on June 22, 2026.

**SO ORDERED.**

Dated:    17 June 2026
          New York, New York

_____
          Victor Marrero
          U.S.D.J.