655 Third Avenue, 12th Fl.
New York, NY 10017

T: 212.370.0330
www.pkbllp.com

## Petrillo Klein + Boxer LLP

**GUY PETRILLO**
gpetrillo@pkbllp.com
D: 212.370.0331
M: 646.385.1479

June 18, 2026

*BY ECF*

Honorable Victor Marrero
U.S. District Judge
U.S. District Court for the
  Southern District of New York
500 Pearl Street
New York, New York 10007

   *Re:* *United States v. Weidong Guan*
     24 Cr. 322 (VM)

Dear Judge Marrero:

On behalf of our client Weidong Guan, we respectfully request an adjournment of the date by which defendants are to produce non-impeachment exhibits to be introduced during the government's case-in-chief that is currently set for June 22, 2026 (ECF 120 ¶ 6).

As the Court is aware, on June 16, 2026, the Court granted the government's request to adjourn its June 15 deadline to produce its case-in-chief witness list pending the Court's resolution of Co-defendant Le Van Hung's request to adjourn the trial. (ECF 159). Without knowing who the government's witnesses will be, we logically cannot identify the non-impeachment exhibits that we intend to introduce through those witnesses. If it turns out, for example, that the government does not list a witness from a particular financial institution, then we would not seek to admit documents from that institution during the government's case-in-chief but would instead call that witness during our own case.

Accordingly, we respectfully request that we be given one calendar week after the government produces its witness list (i.e., the same interval contemplated in the original schedule) to produce non-impeachment exhibits to be introduced during the government's case-in-chief. We have communicated with the government about this request, and the government stated that it would consent to the extension but only for three days following their production of witness-related materials. We submit that the seven-day interval set forth in the original schedule

Honorable Victor Marrero
June 18, 2026

is reasonably necessary to produce a meaningful set of exhibits and respectfully ask that the Court grant an extension that provides the originally contemplated one-week period.

Respectfully submitted,

PETRILLO KLEIN + BOXER LLP


By: */s/ Guy Petrillo*
Guy Petrillo
Kevin R. Puvalowski
Marcelo A. Triana
Shanice D. Hinckson
655 Third Avenue, 12th Floor
New York, NY 10017
Tel: (212) 370-0330

*Counsel for Weidong Guan*

cc:    All counsel (by ECF)

2