USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/18/26_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> - against - <br><br> WEIDONG GUAN and LE VAN HUNG <br><br> Defendants. | **24 Cr. 322 (VM)** <br><br> **ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the letter motion to compel filed by the Government. (Dkt. No. 168.) The Government's motion is hereby GRANTED IN PART AND DENIED IN PART.

The Court grants the Government's motion as it concerns Defendant Hung's contemplated motion and the Government's response. Defendant Hung shall file his motion by noon on June 19, 2026. The Government's deadline to respond to that motion and Hung's previous motion concerning allegedly privileged material (Dkt. No. 153) is hereby extended to June 22, 2026.

The Government's request that the Court order Hung to provide the Government prosecution team with a privilege log is denied at this time. The Government has not provided convincing authority that such an order is proper. The Government cites Local Civil Rule 26.2(b) and case law applying the Federal Rules of Civil Procedure for the

proposition that Hung should be required to produce a privilege log to the prosecution team. But that rule and those cases do not apply in a criminal matter. The only criminal case the Government cites, United States v. Zeitlin, No. 23-CR-419 (S.D.N.Y. Nov. 25, 2023), involved a defendant's objection to a filter team sharing a privilege log with a prosecution team after the defendant had already voluntarily produced a privilege log to the filter team. That case is therefore not directly applicable to the issue here. The procedure currently in place (i.e., the Court's previous order (Dkt. No. 160) directing Hung to provide the Court with the documents at issue for in camera review) is appropriate and adequate for the Court's determination of the issue. Hung is hereby directed to comply with that order in relation to the documents at issue in his contemplated supplemental motion.

**SO ORDERED.**

Dated:    18 June 2026
          New York, New York

_____
          Victor Marrero
          U.S.D.J.