

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 26, 2026

**BY ECF**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Weidong Guan & Le Van Hung*, 24 Cr. 322 (VM)

Dear Judge Marrero:

The Government respectfully writes, following the discussion at the final pretrial conference and the filing of defendant Weidong Guan's reply in further support of his motion to compel (Dkt. 182), to advise the Court that the Government does not believe Guan's reply contains anything meriting a sur-reply. Accordingly, the Government does not intend to file a response to Guan's reply unless otherwise ordered by the Court. For the reasons stated in the Government's opposition to the defendant's motion to compel (Dkt. 173), the Court should deny the defendant's motion, as well as the similar motion of his co-defendant Le Van Hung (Dkt. 156).

                                       Respectfully submitted,

                                       JAY CLAYTON
                                       United States Attorney

              By:    s/_____
                       Benjamin M. Burkett
                       Rebecca T. Dell
                       Paul M. Monteleoni
                       Amanda C. Weingarten
                       Assistant United States Attorneys
                       (212) 637-2455/2198/2219/2257

cc:    (by ECF)

       Counsel of Record