UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

LE VAN HUNG,
  a/k/a "Hung Van Le,"
  a/k/a "Van Hung Le,"

                    Defendant.

**SUPERSEDING INFORMATION**

S3 24 Cr. 322 (VM)

## COUNT ONE
(Conspiracy to Commit Identity Theft)

The United States Attorney charges:

1.      From at least in or about 2020 through at least in or about May 2024, in the Southern District of New York and elsewhere, LE VAN HUNG, a/k/a "Hung Van Le," a/k/a "Van Hung Le," the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit an offense against the United States, to wit, identity theft, in violation of Title 18, United States Code, Section 1028(a)(7).

2.      It was a part and an object of the conspiracy that LE VAN HUNG, a/k/a "Hung Van Le," a/k/a "Van Hung Le," the defendant, and others known and unknown, knowingly would and did transfer, possess, and use, without lawful authority, a means of identification of another person with the intent to commit, to aid and abet, and in connection with, an unlawful activity that constituted a violation of federal law, and that constituted a felony under a state and local law, in violation of Title 18, United States Code, Section 1028(a)(7), to wit, HUNG agreed with others to, and did, transfer, possess, and use the name, social security number, and address of at least one other person in connection with conspiracy to commit money laundering, in violation of Title 18,

1

United States Code, Section 1956(h), and conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349.

## Overt Acts

3.      In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.      In furtherance of a sprawling, transnational scheme to launder at least approximately $67 million of illegally obtained funds (the "Money Laundering Scheme") that benefited a multinational media company headquartered in Manhattan, New York (the "Media Company"), certain entities affiliated with the Media Company (together with the Media Company, the "Media Entities"), and the Chief Financial Officer of the Media Company ("CC-1"), LE VAN HUNG, a/k/a "Hung Van Le," a/k/a "Van Hung Le," the defendant, among other things: (i) recruited co-conspirators; (ii) used, possessed, and transferred personal identification information of U.S. residents; and (iii) tracked transactions, stolen identity information, and various financial and online accounts.

b.      In or about 2020, HUNG recruited a co-conspirator ("CC-2") through a social media platform to assist the Money Laundering Scheme. HUNG directed CC-2 to, among other things: (i) obtain at least one prepaid debit card, receive funds to the card, and transfer the funds to the Media Entities' bank accounts; (ii) use CC-2's U.S. address to receive in the mail physical prepaid debit cards that were issued in the name of individuals other than CC-2, and transfer images of those prepaid debit cards to HUNG; and (iii) call a U.S.-headquartered bank (the "Bank"), which was insured by the Federal Deposit Insurance Corporation, and at which the Media Entities have held bank accounts, and falsely claim that CC-2 was the account holder of a

2

certain account by using the personal identification information of the purported account holder so that the Bank would unlock the account, so that HUNG and his co-conspirators could move funds in and out of the account.

(Title 18, United States Code, Section 371.)

## FORFEITURE ALLEGATION

2.    As a result of committing the offense alleged in Count One of this Superseding Information, LE VAN HUNG, a/k/a "Hung Van Le," a/k/a "Van Hung Le," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1028(b), any and all property constituting, or derived from, proceeds obtained directly or indirectly as a result of said offense and any and all personal property used or intended to be used to commit said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense and the following specific property:

a.    Any and all funds contained in Bank of America account number 483083774417; and

b.    Any and all funds contained in Bank of America account number 483083788623.

### Substitute Assets Provision

3.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third person;

c.    has been placed beyond the jurisdiction of the Court;

3

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be subdivided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and

Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the

defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 982, 1028;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

JAY CLAYTON
United States Attorney