USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/30/26__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

- against -

LE VAN HUNG,

                Defendant.

---

**24 Cr. 322 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

WHEREAS, with the consent of defendant Le Van Hung, defendant Hung's guilty plea allocution was taken before United States Magistrate Judge Aaron on June 29, 2026;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered a guilty plea to Count One of the Superseding Information (Dkt. No. 184) knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for October 9, 2026, at 1:00 p.m.

Additionally, the Court hereby cancels the conference currently scheduled for July 2, 2026, at 1:00 p.m.

**SO ORDERED.**

Dated:      30 June 2026
            New York, New York

_____
            Victor Marrero
            U.S.D.J.