655 Third Avenue, 12th Fl.
New York, NY 10017

T: 212.370.0330
www.pkbllp.com

# Petrillo Klein + Boxer LLP

**GUY PETRILLO**
gpetrillo@pkbllp.com
D: 212.370.0331
M: 646.385.1479

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/6/26___

July 6, 2026

***BY ECF***

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:  *United States v. Weidong Guan, et al.*
>      24 Cr. 322 (VM)

Dear Judge Marrero:

On behalf of our client, Defendant Weidong Guan, we respectfully submit this letter to request the Court continue reserving decision on Mr. Guan's motion *in limine* to exclude the allegations of other conduct in the Revised Notice until Mr. Guan has had a reasonable opportunity to respond to the letter submitted by the government last night.[1] With the Court's permission, the defense intends to file such response no later than July 9, 2026.

The government filed its revised Rule 404(b) notice ("Revised Notice") at 11:12 p.m. last night, less than 36 hours before trial is scheduled to commence. The Revised Notice is 13 single-spaced pages long and contains details of various categories of uncharged conduct that the government is explaining for the first time. The defense needs a

---

[1] The government's request that the Court rule on this issue prior to opening statements would effectively prevent the defense from having a real opportunity to respond to the proffered 404(b) evidence, a result that would cut against the core notice function of Rule 404(b) and be manifestly unfair. The government has never explained why it failed to provide effective 404(b) notice when it submitted its original letter on April 6, 2026, or why it chose not to supplement that notice when it became clear that we were challenging that notice during the *in limine* motion practice. The defense should not suffer prejudice due to the government's delay.

# Petrillo Klein + Boxer

reasonable time to analyze the allegations in the Revised Notice and to prepare a response, a fact that is particularly important given that little if any of the alleged conduct appears to involve Mr. Guan in any way.

Mr. Guan therefore respectfully requests that the Court issue an Order directing the defense to respond to the government's letter on or before July 9, 2026, and further requests that the Court continue to hold in abeyance its decision on Mr. Guan's motion *in limine* to exclude 404(b) evidence, including as referenced in the Revised Notice.

Respectfully submitted,

*/s/ Guy Petrillo*
Guy Petrillo

cc:     All Counsel (Via ECF)

> Request **GRANTED**.
> The Defendant's request is granted in part. The Defendant is directed to respond no later than July 8, 2026.
>
> **SO ORDERED.**
>
> 7/6/26
> DATE                VICTOR MARRERO, U.S.D.J.