UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **SUPERSEDING INFORMATION** |
| v. | S4 24 Cr. 322 (VM) |
| WEIDONG GUAN, a/k/a "Bill Guan," | |
| Defendant. | |

## COUNT ONE
### (Conspiracy to Engage in Transactions Involving Criminal Proceeds)

The United States Attorney charges:

1.      From at least in or about 2019, through at least in or about May 2024, in the Southern District of New York and elsewhere, WEIDONG GUAN, a/k/a "Bill Guan," the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to engage in transactions involving criminal proceeds, in violation of Title 18, United States Code, Section 1957(a).

2.      It was a part and an object of the conspiracy that WEIDONG GUAN, a/k/a "Bill Guan," the defendant, and others known and unknown, within the United States, knowingly would and did engage and attempt to engage in a monetary transaction, as defined in Title 18, United States Code, Section 1957(f)(1), in criminally derived property of a value greater than $10,000 that was derived from specified unlawful activity, to wit, wire fraud, in violation of Title 18, United States Code, Section 1343, in violation of Title 18, United States Code, Section 1957(a).

(Title 18, United States Code, Section 1956(h).)

## FORFEITURE ALLEGATION

3.      As a result of committing the offense alleged in Count One of this Information, WEIDONG GUAN, a/k/a "Bill Guan," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1) any and all property, real and personal, involved in said offense, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in said offense.

Substitute Assets Provision

4.      If any of the above-described forfeitable property, as a result of any act or omission of WEIDONG GUAN, a/k/a "Bill Guan," the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third person;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above-forfeitable property.

(Title 18, United States Code, Section 982;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

JAY CLAYTON
United States Attorney

2