USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

        - against -

WEIDONG GUAN,

            Defendant.

---

**24 CR. 0322 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    The sentencing of the defendant, Weidong Guan, is hereby scheduled for December 4, 2026, at 10:00 a.m.

**SO ORDERED.**

Dated:    20 July 2026
           New York, New York

_____
          Victor Marrero
          U.S.D.J.